The People of the State of New York, Respondent, v. John H. Atkins, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jay W. Ropp, Respondent, v. William Morris, Incorporated, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

·· Lambert Schouten, Respondent, v. John R. Alpine, as President of the United Association Journeymen Plumbers, etc., of the United States and Canada, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of recovery by the sum of $150 on account of damages claimed for loss of work at One Hundred and Twenty-seventh street and Broadway, in which event the judgment, as so reduced, and order are affirmed, without costs. No opinion. Hirschberg, Thomas and Rich, JJ., concurred; Jenks, P. J., and Carr, J., voted to reverse for failure of plaintiff to offer sufficient evidence as to his damage.

Manuel Sherwin, Respondent, v. Louis Tunick, Appellant.— Final and interlocutory judgments and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Jerome Walker, Appellant, v. Board of Education of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Carl Weil, Respondent, v. Henry Webendorfer, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground of error in the admission of evidence as to the vicious nature of defendant's horse, the action having been brought for a breach of contract, and not in tort. (See Kent v. Standard Oil Co., 138 App. Div. 502.) Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.